GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP
38 Discovery, Suite 200
Irvine, California 92618
Telephone: (949) 753-0255
Facsimile: (949) 753-0265
Electronic Service: eservice@g3pmlaw.com
Attorney: Matthew M. Proudfoot, SBN: 155988

Attorney for Defendant, FORD MOTOR COMPANY

MCMILLAN LAW GROUP, APC
4655 Cass St., Suite 404
San Diego, CA 92109
Telephone:(619) 795-9430
Facsimile:(619) 241-8291
Attorney: Julian McMillan, Esq., SBN: 241937

Attorneys for Plaintiffs, ALBERT E. HOOEY & ANGELA M. HOOEY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT E. HOOEY; ANGELA M. HOOEY, individuals,<br><br>   Plaintiffs,<br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation,<br><br>   Defendants. | Case No: 22cv1025-RSH-AHG<br>Dist. Judge: Robert S. Huie<br>Mag. Judge: Allison H. Goddard<br>Dept. 3B<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed: July 14, 2022<br>Trial Date: |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs Albert E. Hooey and Angela M. Hooey and Defendant FORD MOTOR COMPANY, (the "Parties"), jointly, write to advise this Court that they have settled this matter. The Parties request that the Court vacate any upcoming hearings and deadlines while performance of the settlement terms is pending.

///

///

1
_____
JOINT NOTICE OF SETTLEMENT

Once all terms of the settlement are completed and payment is received by Plaintiff, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 90 days.

Dated:  September 13, 2022             **McMILLAN LAW GROUP, APC**

By: */s/ Julian McMillan*_____ ___
   Julian McMillan
   Attorneys for Plaintiffs, ALBERT E.
   HOOEY & ANGELA M. HOOEY

Dated:  September 13, 2022             **GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP**

By: */s/ Matthew M. Proudfoot*_____
   Matthew M. Proudfoot
   Attorneys for Defendant, FORD MOTOR COMPANY

## ATTESTATION OF ELECTRONIC SIGNATURES

I, Matthew M. Proudfoot, attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing of this Joint Stipulation to Dismiss this Case with Prejudice per FRCP Rule 41(a)(1)(A)(ii).

By:*/s/ Matthew M. Proudfoot*_____

Matthew M. Proudfoot

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all Counsel of Record.

*/s/Heidi Dufour*
Heidi Dufour